```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 02191
   ANTIONETTE LE VETTE HOWIE
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2834

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 01/20/2004 and was confirmed 04/05/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.89%.

      The case was paid in full 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
GMAC                        SECURED          12000.00       963.65         12000.00
ROUNDUP FUNDING LLC         UNSECURED         1026.42          .00           111.81
ECAST SETTLEMENT CORP       UNSECURED         7872.78          .00           857.58
CAPITAL ONE BANK            UNSECURED OTH     569.07           .00            61.90
SMC                         UNSECURED          830.48          .00            90.46
EMERGE                      UNSECURED         1998.62          .00           217.71
FCNB                        UNSECURED        NOT FILED         .00              .00
IL DEPT OF EMPLOYMENT SE    UNSECURED          993.00          .00           108.17
NEW YORK & COMPANY          UNSECURED        NOT FILED         .00              .00
ECAST SETTLEMENT CORP       UNSECURED         5298.60          .00           577.18
ACADEMY COLLECTION SERVI    NOTICE ONLY      NOT FILED         .00              .00
VICTORIAS SECRET            UNSECURED        NOT FILED         .00              .00
BANK OF NEW YORK            NOTICE ONLY      NOT FILED         .00              .00
EQUICREDIT                  NOTICE ONLY      NOT FILED         .00              .00
GMAC                        UNSECURED         2630.31          .00           286.52
BENEFICIAL FINANCE CORP     NOTICE ONLY           .00          .00              .00
PETER FRANCIS GERACI        DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                  TRUSTEE                                         1,109.41
DEBTOR REFUND               REFUND                                            591.32

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               19,675.71

PRIORITY                                          .00
SECURED                                     12,000.00
    INTEREST                                   963.65
UNSECURED                                    2,311.33
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,109.41

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 02191 ANTIONETTE LE VETTE HOWIE
```

```
DEBTOR REFUND                                                    591.32
                                        ----------------  ----------------
TOTALS                                         19,675.71         19,675.71
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE